10-11356-K

Certificate Number: 03621-FLS-CC-008716155

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 19, 2009, at 10:23 o'clock AM EDT, Katalin Szakacs received from Credit Card Management Services, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 19, 2009

By /s/Shamel Wilson

Name Shamel Wilson

Title Counselor

*Received by U.S. Bankruptcy Ct. SD of FLA. MIA - Office, 10 JAN 21 PM 3:52, Clerk DC*

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).