## United States Bankruptcy Court
### Southern District of Florida

In re   Katalin Szakacs-Ujhelyi                                   Case No.   10-11356-K
                               Debtor(s)                          Chapter    7

# DECLARATION AND SIGNATURE OF NON-ATTORNEY
# BANKRUPTCY PETITION PREPARER (*See* 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Accompanying documents:
**Voluntary petition and all schedules, creditor diskette**

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer:
**David Uhlig of Attorney Alternatives**

Social-Security No. of Bankruptcy Petition Preparer (Required by 11 U.S.C. § 110):
**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**

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

**444 W. Boynton Beach Blvd.**
**Boynton Beach, FL 33435**
Address

X _____
Signature of Bankruptcy Petition Preparer

Date   12/30/09

Names and social-security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**



B19 (Official Form 19) (12/07) - Cont.

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER
*[Must be filed with any document(s) prepared by a bankruptcy petition preparer.]*

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

- •? whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- •? whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;
- •? whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- •? whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- •? the tax consequences of a case brought under the Bankruptcy Code;
- •? the dischargeability of tax claims;
- •? whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;
- •? how to characterize the nature of your interests in property or your debts; or
- •? bankruptcy procedures and rights.

*[The notice may provide additional examples of legal advice that a bankruptcy petition preparer is not authorized to give.]*

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

_____    12/30/09
Debtor's Signature                  Date

*[In a joint case, both spouses must sign.]*