CGFD47 (11/12/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–11356–EPK

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Katalin Szakacs–Ujhelyi
9189 Beverly Ct
Boynton Beach, FL 33472

SSN: xxx–xx–5539

## NOTICE OF REQUIREMENT TO FILE
## "DEBTOR'S CERTIFICATION OF COMPLETION OF
## POSTPETITION INSTRUCTIONAL COURSE CONCERNING
## PERSONAL FINANCIAL MANAGEMENT"
### (Official Bankruptcy Form 23)

    Notice is hereby given that, subject to limited exceptions, a debtor (both debtors in a joint case) must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 [11 U.S.C. § 727(a)(11)], under chapter 13 [11 U.S.C. § 1328(g)(1)] or in certain individual chapter 11 cases where 11 U.S.C. §1141(d)(3) applies. As required by Bankruptcy Rule 1007(b)(7), the debtor must complete and file the "DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT" (Official Bankruptcy Form 23) as described in 11 U.S.C. § 111.

    Debtor and debtor's attorney are hereby notified that Official Bankruptcy Form 23 must be filed before a discharge can be entered in this case. In a chapter 7 case, the form must be filed within 45 days after the first date set for the meeting of creditors under § 341. In a chapter 13 case, the form must be filed no later than the date of the last payment made as required by the plan or the filing of a motion for entry of a discharge under § 1328(b). In a chapter 11 individual case where 11 U.S.C. §1141(d)(3) applies, the form must be filed prior to completion of all payments under the confirmed plan. Failure to file the certification may result in the case being closed without an entry of discharge. If the debtor subsequently files a motion to reopen the case to allow for the filing of the Official Bankruptcy Form 23, the debtor must pay the filing fee due for reopening the case.

**Dated: 1/22/10**

**CLERK OF COURT**
By: Natalia De Lara
Deputy Clerk

The clerk shall serve a copy of this notice on Debtor and Attorney for Debtor