FILED BY _____ DC
RECEIVED BY _____ DC

10 FEB 24 PM 1:51

CLERK
U S. BANKRUPTCY CT.
SD OF FLA.
MIA - OFFICE

Certificate Number: 03621-FLS-DE-009956183

Bankruptcy Case Number: 10-11356

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on  February 18, 2010 , at  11:10  o' clock  AM EDT ,

Katalin Szakacs-Ujhelyi  completed a course on personal financial

management given  by internet  by

Credit Card Management Services, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the  Southern District of Florida .

Date: February 18, 2010        By      /s/Bill Sheehan

                                Name    Bill Sheehan

                                Title   Counselor