**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on April 30, 2010**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10−11356−EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Katalin Szakacs−Ujhelyi
9189 Beverly Ct
Boynton Beach, FL 33472

SSN: xxx−xx−5539

## FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.